Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# UNITED STATES DISTRICT COURT

2018 OCT 24  PM 12:41

for the

Northern District of Texas

DEPUTY CLERK _____

Dallas Division

Helen June White
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Barrack Obama  See Attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 318-CV2834-S
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Helen June White
   Street Address: 4440 W Airport Freeway
   City and County: Irving, Dallas County
   State and Zip Code: TX 75062
   Telephone Number: 1-972-399-1010
   E-mail Address: helenwhite784@ymail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Civil And Human Rights Violation OBstruction Torture By Voodoo/Witch Craft Article 12,17,14 collusion, Freedom of Speech, Right to Supreme Court Privacy, Article 7, 14 paraph 1, Article 3-1 4th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Helen J. White, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Ellen Bryan News Reporter, is a citizen of the State of *(name)* Washington, DC. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Barack Hussein Obama
- Job or Title (if known): President
- Street Address: 230 South Dearborn St
- City and County: Chicago, IL 60604
- State and Zip Code: IL 60604
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Ellen Bryan
- Job or Title (if known): News Reporter
- Street Address: 4100 Wisconsin Ave
- City and County: Washington
- State and Zip Code: DC 20016
- Telephone Number: 202/895-5999
- E-mail Address (if known):

Defendant No. 3
- Name: Oprah Winfrey
- Job or Title (if known): Actress, Business Owner
- Street Address: Formosa South at 1041 N. Formosa Ave
- City and County: West Hollywood
- State and Zip Code: California 90046
- Telephone Number: 310/508-8746
- E-mail Address (if known): THE Lot Studios

Defendant No. 4
- Name: United States of America / President Donald Trump
- Job or Title (if known): President, Business Owner
- Street Address: 1600 Pennsylvania
- City and County: Washington
- State and Zip Code: DC NW 20500
- Telephone Number: 202/456-1414
- E-mail Address (if known):

    b.    If the defendant is a corporation   212-649-2000

The defendant, *(name)* __Hearst Corp__, is incorporated under the laws of the State of *(name)* __New York__, and has its principal place of business in the State of *(name)* __New York__.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__The Amount in Controversy 3 Billion__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Because of their Collusion, Violation of my Civil & Human Rights. Tyler Perry, Matthew Moore, Oprah Winfrey, Ellen Bryan, Hearst Corp. Mike Tobias of The Beaumont Enterprise President Barack Obama/voodoo witchcraft, I have suffered Greatly. Mentally & Emotionally, physically as well. promises of a career taking, monies lost.__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. __Asking that my Country be held Accountable For the Actions of these people listed, All are guilty of Collusion whether directly or Indirectly. Suffered greatly because of their Actions. Actions that were deliberate, the voodoo, witch craft Invasion of privacy, Theft of my Book, Rights and All Royalties. Praying that this Court will uphold my civil and Human Rights. Will Allow All text, Email, Bank Acct states ordered for court__

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-11-2018

Signature of Plaintiff: *Helen S. White*
Printed Name of Plaintiff: Helen S. White

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Publish America and America Star supposed to be the same company. My Book "is being sold by Publish America and America Star Edited And Unedited". The Crowds by Helen White and Jasmine Inkwell which is just a Pen Name. Xlibris Publishing is Also selling my books without a Contract.

A second Contract was taken out on my book with Xlibris and Canceled in 2014, by whom I have no Idea.

Penguin Random House Publishing Sold my Book, I never had Contract with this Company   2013, CEO - Markus Dohle
1-800-733-3000
1745 - Broadway, New York, NY 10019

Publish America/America Star Continues to sale without a Legal Contract
301-228-3853 / 301-874-9124
PO Box 151             301-695-1707
Frederick, Maryland 21705-0151

All are In Collusion, Civil Rights violation wether directly or Indirectly

Helen White
4440 W. Airport Freeway Rm 1139
Irving, Tx 75062

NORTH TEXAS TX P&DC
DALLAS TX 750
13 OCT 2018 PM 5 L

2 4 2018

United States District Court
1100 Commerce Street
Rm 1452
Dallas, Tx 75242

11

new case

/ /